IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

NATONIA HILL-ESTELLE,   **JUDGMENT IN A CIVIL CASE**

    Plaintiff,

    v.   Civil Action No.
        05-4351-CV-C-REL-SSA
JO ANNE B. BARNHART,

    Defendant.

_____ **Jury Verdict(s).** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict(s).

 XX  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    IT IS ORDERED

    that the decision of the Commissioner is reversed pursuant to sentence four of 42 U.S.C. Section 405(g), and this case is remanded for the reasons outlined in defendant's motion filed August 21, 2006 and order of the Court filed August 23, 2006.

    P. L. Brune, Clerk

August 24, 2006   By /s/ Bonnie J. Rowland
    Date   Deputy Clerk